1 | ALEXANDER G. CALFO (SBN 152891)
      ACalfo@yukelaw.com
2 | KELLEY J. SPENCER (SBN 245180)
      KSpencer@yukelaw.com
3 | YUKEVICH CALFO & CAVANAUGH
    601 S. Figueroa Street, 38th Floor
4 | Los Angeles, CA 90017
    Telephone: (213) 362-7777
5 | Facsimile: (213) 362-7788

6 | Attorneys for Defendant
    DEPUY SPINE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

SEAN HESSE and JENNIFER HESSE,

    Plaintiffs,

vs.

DEPUY SPINE, INC., and DOES 1 through 10, inclusive,

    Defendant.

CASE NO. CV 10-03521-LHK

[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION

*[Filed concurrently with Joint Stipulation]*

*[Assigned to Hon. Lucy H. Koh]*

## ORDER

The Court, having considered the Joint Stipulation of Plaintiffs SEAN HESSE and JENNIFER HESSE ("Plaintiffs") and Defendant DEPUY SPINE, INC. finds:

1. WHEREAS Plaintiffs seek to voluntarily dismiss this action;

2. WHEREAS Plaintiffs and DEPUY SPINE, INC. have stipulated to DEPUY SPINE, INC.'s waiver of all fees and costs that it would be entitled to seek from the Court in exchange for Plaintiffs' dismissal of this action;

3. WHEREAS Plaintiffs and DEPUY SPINE, INC. have further stipulated to DEPUY SPINE, INC.'s waiver of any claim for malicious prosecution against

1  Plaintiffs in exchange for Plaintiffs' dismissal of this action;

2       IT IS HEREBY ORDERED that the action *SEAN HESSE and JENNIFER*

3  *HESSE, Plaintiffs, vs. DEPUY SPINE, INC., and DOES 1 through 10, inclusive,*

4  *Defendant*, United States District Court - Northern District of California Case No.

5  CV 10-03521-LHK, is dismissed in its entirety and with prejudice pursuant to

6  Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

DATED: September 20, 2010     By: *Lucy H. Koh*

HON. LUCY H. KOH
United States District Court Judge